AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 10, 2026

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| ALEXANDRA D. P. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   1:24-CV-3106-TOR |
|  | ) |
|  | ) |
| FRANK BISIGNANO, Commissioner of Social Security | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This case is REVERSED and REMANDED for further administrative proceedings consistent with the Ninth Circuit's memorandum opinion.
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    THOMAS O. RICE _____

Date:  2/10/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*