AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALEXANDRA P.<br>*Plaintiff*<br>v.<br><br>FRANK BISIGNANO,<br>Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   1:24-CV-3106-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The parties' stipulated Motion for EAJA Fees (ECF No. 28) is GRANTED. The Commissioner is directed to pay EAJA fees in the amount of $19,500 for attorney's fees and costs.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE

Date:   4/16/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*